IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT 27  A 9 48                    CASE NO. _206-272_

CLERK

## GENERAL ORDER

Federal Rule of Civil Procedure 26(f) requires the parties to confer, develop

a proposed discovery plan, and submit a report to this Court.  Subsequent to the

filing of the report, a Scheduling Order must be entered pursuant to Fed. R. Civ. P.

16(b).  Therefore, by the _earlier_ of **twenty (20) days** after the filing of the last

answer of the defendants named in the original complaint or **forty-five (45) days**

after the first appearance by answer or motion under Fed. R. Civ. P. 12 of a

defendant named in the original complaint, the parties shall confer as provided in

Rule 26(f).  See L.R. 26.1(a).  Thereafter, within ten (10) days after the required

conference held pursuant to 26(f), the parties shall submit to the Court a written

report conforming to the language and format of the Rule 26(f) Report attached to

this Order outlining their discovery plan. See L.R. 26.1(b).

Except in unusually protracted or complex cases, the parties will be expected

to adhere to the following deadlines and limitations:

1.      The parties shall serve _all written discovery_ on opposing parties and
        shall complete all depositions within **140 days** of the filing of the last
        answer of the defendants named in the original complaint. See L.R.
        26.1(d)(i).

AO 72A
Rev. 8/82)

2.    The plaintiff must furnish the <u>expert witness reports</u> required by Rule 26(a)(3) within **60 days** after the Rule 26(f) conference. <u>See</u> L.R. 26.1(d)(ii).

3.    The defendant must furnish the <u>expert witness reports</u> required by Rule 26(a)(2) within **90 days** after the Rule 26(f) conference (or **60 days** after the answer, whichever is later). <u>See</u> L.R. 26.1(d)(iii).

4.    The last day for <u>filing motions to add or join parties or amend the pleadings</u> is **60 days** after the first answer of the defendants named in the original complaint. <u>See</u> L.R. 16.3.

5.    The last day for <u>filing all other motions</u>, excluding motions in limine, is **30 days** after the close of discovery. <u>See</u> L.R. 7.4.

Plaintiff's counsel shall ensure that a copy of this Order is served upon each party.

Finally, a party who cannot gain the cooperation of the other party in preparing the Rule 26(f) report should advise the Court prior to the due date of the report of the other party's failure to cooperate.

   **SO ORDERED.**

                                            _____
                                            JAMES E. GRAHAM
                                            UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

_____ DIVISION

Plaintiff )
)
)
)
)
v. )   Case No:.
)
)
)
)
Defendant )

## RULE 26(f)  REPORT

1.   Date of Rule 26(f) conference: _____

2.   Parties or counsel who participated in conference:

_____

_____

_____

3.   If any defendant has yet to be served, please identify the defendant and state when service is expected.

4.    Date the Rule 26(a)(1) disclosures were made or will be made:

_____

5.    If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,

(a)    Identify the party or parties making the objection or proposal:

_____

_____

_____

_____(b)    Specify the objection or proposal:

_____

_____

_____

6.    The Local Rules provide a 140-day period for discovery. If any party is requesting additional time for discovery,

(a)    Identify the party or parties requesting additional time:

_____

_____

(b)   State the number of months the parties are requesting for discovery:

_____ months

(c)   Identify the reason(s) for requesting additional time for discovery:

_____ Unusually large number of parties

_____ Unusually large number of claims or defenses

_____ Unusually large number of witnesses

_____ Exceptionally complex factual issues

_____ Need for discovery outside the United States

_____ Other: _____

(d)   Please provide a brief statement in support of each of the reasons identified above:

_____

_____

_____

_____

_____

_____

_____

7.   If any party is requesting that discovery be limited to particular issues or conducted in phases, please

    (a)   Identify the party or parties requesting such limits:

        _____

        _____

        _____

    (b)   State the nature of any proposed limits:

        _____

        _____

        _____

8.   The Local Rules provide, and the Court generally imposes, the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness report by plaintiff | 60 days after Rule26(f) conference |
| Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |

4

Last day to file motions                          30 days after close of
                                                  discovery

If any party requests a modification of any of these deadlines,

(a)    Identify the party or parties requesting the modification:

_____

_____

_____

(b)    State which deadline should be modified and the reason
        supporting the request:

_____

_____

_____

_____

_____

9.    State any other matters the Court should include in its scheduling
       order:

_____

_____

_____

_____

_____

10.  The parties certify by their signatures below that they have
     discussed the nature and basis of their claims and defenses and
     the possibilities for prompt settlement or resolution of the case.
     Please state any specific problems that have created a
     hindrance to the settlement of the case:

_____

_____

_____

This _____ day of _____, 20 .

                    Signed: _____
                                          *Attorney for Plaintiff*


                             _____
                                          *Attorney for Defendant*